UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER S. JOHNSON, | )<br>) |
| Plaintiff, | ) CASE NO.  C05-1874RSL<br>) |
| v. | )<br>) |
| | ) ORDER DISMISSING ACTION |
| GQ MAGAZINE, *et al.*, | )<br>) |
| Defendants. | ) |

This is a civil rights action brought under 42 U.S.C. § 1983.  Plaintiff originally filed this action in the United States District Court for the Southern District of Iowa.  However, that court concluded that venue was not proper in the Southern District of Iowa and therefore ordered the action transferred to this district.  The original file containing plaintiff's complaint and his application to proceed *in forma pauperis* was received in this district on November 10, 2005.

On November 16, 2005, this court issued an Order denying petitioner's application to proceed *in forma pauperis* on the grounds that plaintiff's application was barred by 28 U.S.C. § 1915(g).  The court granted plaintiff thirty days to pay the filing fee and advised him that his failure

ORDER DISMISSING ACTION
PAGE - 1

1  to timely pay the fee would result in dismissal of this action. To date, plaintiff has not paid the

2  filing fee for this action. Accordingly, the instant action is DISMISSED without prejudice.

3      The Clerk is directed to send copies of this Order to petitioner and to the Hon. Monica J.

4  Benton.

5      DATED this 24th day of April, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for entry this
20th day of April, 2006.

\_\_/s/Monica J. Benton_____
MONICA J. BENTON
United States Magistrate Judge

ORDER DISMISSING ACTION
PAGE - 2